# Court of Appeals
# of the State of Georgia

ATLANTA,  January 04, 2013

*The Court of Appeals hereby passes the following order:*

## A13A0635.  BILLY R. KINSALA v. GEORGE HAIR, et al.

On October 2, 2012, this Court granted Billy R. Kinsala's application for discretionary appeal. The order notified Kinsala that he had ten days from the date of the order to file a notice of appeal. See OCGA § 5-6-35 (g).  Thirteen days later, on October 15, 2012, Kinsala filed his notice of appeal.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *White v. White*, 188 Ga. App. 556 (373 SE2d 824) (1988).  Because Kinsala failed to file his notice of appeal within ten days of our order granting his application, we lack jurisdiction to consider his case.  See id. Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*